CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| FAMILY HOME PROVIDERS, INC.<br>6030 Bethelview Road<br>Cumming, GA 30040<br><br>         vs          Plaintiff<br><br>INTERNAL REVENUE SERVICE<br>1111 Constitution Avenue, NW<br>Washington, DC 20224<br><br>         Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. _____ |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Family Home Providers, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Family Home Providers, Inc.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_[signature]_
Signature

459320
BAR IDENTIFICATION NO.

Shane T. Hamilton
Print Name

655 Fifteenth St., NW
Address

Washington, DC    20005
City          State          Zip Code

(202) 626-5873
Phone Number