UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Family Home Providers, Inc.<br><br>　　　　　　　　　Plaintiff<br><br>　　　　v.<br><br>Internal Revenue Service<br><br>　　　　　　　　　Defendant | )<br>)<br>)<br>)<br>) Case No.: 1:08-cv-00898 PLF<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons, Complaint with Exhibits A - E, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order on Michael B. Mukasey, Attorney General in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526  (202) 667-0050.

That on May 30, 2008 at 12:40 PM, I served the within Summons, Complaint with Exhibits A - E, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order on Michael B. Mukasey, Attorney General at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Donna Monroe, General Clerk II, authorized to accept.  Described herein:

Gender: Female    Race/Skin: Black    Hair: Black    Age: 50    Height: 5'5"    Weight: 170

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

5-30-08
Executed on:

　　　　　　　　　　　　　　　_Wesley Jennings_
　　　　　　　　　　　　　　　Wesley Jennings
　　　　　　　　　　　　　　　CAPITOL PROCESS SERVICES, INC.
　　　　　　　　　　　　　　　1827 18th Street, NW
　　　　　　　　　　　　　　　Washington, DC 20009-5526
　　　　　　　　　　　　　　　(202) 667-0050

ID: 08-002792　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Client Reference: 268230.000011