UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Family Home Providers, Inc.        )
                                   )
                                   )
                                   )
                    Plaintiff      )
                                   ) Case No.: 1:08-cv-00898 PLF
                                   )
              v.                   )
                                   )
Internal Revenue Service           )
                                   )
                                   )
                                   )
                    Defendant      )

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Ambiko Guice, having been duly authorized to make service of the Summons, Complaint with Exhibits A - E, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order on Internal Revenue Service c/o Douglas Shulman, Commissioner in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on May 30, 2008 at 12:51 PM, I served the within Summons, Complaint with Exhibits A - E, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order on Internal Revenue Service c/o Douglas Shulman, Commissioner at 1111 Constitution Avenue, NW, Washington, DC 20224 by serving Lowell Thomas, Attorney, authorized to accept. Described herein:

Gender: Male    Race/Skin: White    Hair: Grey    Age: 55    Height: 5'10"    Weight: 160

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

5-30-08
Executed on:

Ambiko Guice
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050