UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Family Home Providers, Inc. <br><br> Plaintiff <br><br> v. <br><br> Internal Revenue Service <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:08-cv-00898 PLF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Vincent A. Piazza, having been duly authorized to make service of the Summons, Complaint with Exhibits A - E, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order on Jeffrey A. Taylor, United States Attorney in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526  (202) 667-0050.

That on May 30, 2008 at 11:53 AM, I served the within Summons, Complaint with Exhibits A - E, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order on Jeffrey A. Taylor, United States Attorney at 501 3rd Street, NW, Washington, DC 20001 by serving Gary Nails, Civil Process Clerk, authorized to accept.  Described herein:

Gender: Male    Race/Skin: Black    Hair: Black    Age: 35    Height: 5'9"    Weight: 175

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6/2/08
Executed on:

Vincent A. Piazza
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050