IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| FAMILY HOME PROVIDERS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNAL REVENUE SERVICE )<br>)<br>Defendant. ) | No. 1:08-CV-898 |

**UNOPPOSED MOTION SEEKING ENLARGEMENT OF TIME**

The Internal Revenue Service moves pursuant to Fed. R. Civ. P. 6(b) for an enlargement of time to file its answer, motion or other response to plaintiff's complaint. Currently, a response is due to be served on or before July 29, 2008. Good cause exists for the enlargement of time as counsel for the defendant has not yet received administrative files from the Internal Revenue Service that are necessary to answer, move, or otherwise respond to the complaint. The defendant therefore requests an extension of 30 days in which to file its answer, motion or other response. The proposed new filing deadline is August 28, 2008. A memorandum of law in support and a proposed order are filed herewith.

The undersigned counsel certifies pursuant to L.Cv.R. 7(m) that he telephonically conferred with plaintiff's counsel, Shane T. Hamilton, and that plaintiff does not oppose the relief sought.

Date: July 11, 2008.

                              Respectfully submitted,

                              /s/ Benjamin J. Weir
                            BENJAMIN J. WEIR (D.C. Bar No. 494045)
                            Trial Attorney, Tax Division
                            U.S. Department of Justice
                            Post Office Box 227
                            Ben Franklin Station
                            Washington, D.C. 20044
                            Telephone: (202) 307-0855
                            Fax: (202) 514-6866
                            benjamin.j.weir@usdoj.gov
                            *Counsel for Internal Revenue Service*

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| FAMILY HOME PROVIDERS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:08-CV-898 |
| ) | |
| INTERNAL REVENUE SERVICE ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION SEEKING
ENLARGEMENT OF TIME**

This is a civil action in which plaintiff seeks a declaratory judgment that it is exempt from federal income tax pursuant to 26 U.S.C. §§ 501(a) and (c)(3).

STATEMENT & DISCUSSION

1. Plaintiff commenced this action by filing a complaint on May 28, 2008. In its complaint, plaintiff seeks declaratory relief to establish that it is exempt from federal income taxes.

2. Deadline for filing an answer, motion or other response: Defendant's answer, motion or other response is currently due to be filed on or before July 29, 2008.

3. Present status of defendant's efforts to comply with the filing deadline: Defendant's answer, motion or other response is reliant upon obtaining various documents contained within files possessed by the Internal Revenue Service. These documents are necessary for defendant to answer, move, or otherwise respond to the

complaint. Prior to receipt of the documents, defendant is, therefore, unable to file an accurate answer, motion or other response to plaintiff's complaint.

    4.    <u>Relief requested</u>: The defendant believes an enlargement of time of 30 days will be sufficient to obtain and review the pertinent administrative files and to file an answer, motion or other response.

    5.    <u>The Court has discretion to grant this motion</u>: Pursuant to Fed. R. Civ. P. 6(b)(1) the Court may enlarge the time for filing dispositive motions. *See Poe v. Christina Copper Mines, Inc.*, 15 F.R.D. 85, 87-88 (D. Del. 1953). As Professor Moore has commented:

> Ordinarily, of course, the court should be liberal in granting extensions of time before the period to act has elapsed, so long as the moving party has not been guilty of negligence or bad faith and the privilege of extensions is not abused.

2 Moore, *Federal Practice*, § 6108 at 6-83; *Motzinger v. Flynt*, 119 F.R.D. 373, 375 (M.D.N.C. 1988); *Baden v. Craig-Hallum, Inc.*, 115 F.R.D. 582, 585 (D. Minn. 1987). Defendant has not been guilty of negligence or bad faith, nor has the privilege of extensions been abused by the Internal Revenue Service.

    6.    <u>Plaintiff's position:</u> Plaintiff does not oppose the relief sought.

    7.    <u>Summary:</u> The Court should exercise its discretion to grant the requested enlargement of time in the interests of justice and for cause shown.

CONCLUSION

The Internal Revenue Service requires additional time to obtain, and review, pertinent files from its records. Absent a thirty day enlargement of time, the Internal Revenue Service cannot file an accurate answer, motion or other response to plaintiff's complaint. The motion seeking enlargement of time should be granted.

Date: July 11, 2008.

                                                                         Respectfully submitted,

                                                                         /s/ Benjamin J. Weir
                                                BENJAMIN J. WEIR (D.C. Bar No. 494045)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0855
Fax: (202) 514-6866
benjamin.j.weir@usdoj.gov
*Counsel for Internal Revenue Service*

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

**CERTIFICATE OF SERVICE**

    I, Benjamin J. Weir, certify that on June 11, 2008, I cause a true and correct copy of the foregoing motion and memorandum of law to be served upon the following via the Court's ECF filing protocol:

>Shane T. Hamilton
>Miller & Chevalier, Chartered
>655 Fifteenth St., NW
>Suite 900
>Washington, DC 20005-5701.

        /s/ Benjamin J. Weir
        BENJAMIN J. WEIR

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| FAMILY HOME PROVIDERS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:08-CV-898 |
| | ) |
| INTERNAL REVENUE SERVICE | ) |
| | ) |
| Defendant. | ) |

## ORDER

Having considered the Internal Revenue Service's unopposed motion seeking an enlargement of time, the memorandum of law in support, and for good cause shown, it is:

ORDERED that the motion is GRANTED; and

ORDERED that the Internal Revenue Service's answer, motion or other responsive pleading is due to be filed on or before August 28, 2008.

Date: _____, 2008        _____
                                    UNITED STATES DISTRICT JUDGE

3420539.1

**CERTIFICATE OF SERVICE**

    I, Benjamin J. Weir, certify that on June 11, 2008, I cause a true and correct copy of the foregoing proposed order to be served upon the following via the Court's ECF filing protocol:

        Shane T. Hamilton
        Miller & Chevalier, Chartered
        655 Fifteenth St., NW
        Suite 900
        Washington, DC 20005-5701.


        /s/ Benjamin J. Weir
        BENJAMIN J. WEIR